## STATE OF CONNECTICUT *v.* JAMES BROWN

The defendant's petition for certification for appeal from the Appellate Court, 56 Conn. App. 26 (AC 17606), is denied.

*Francis L. O'Reilly*, special public defender, in support of the petition.

*Richard F. Jacobson*, supervisory assistant state's attorney, in opposition.

Decided February 10, 2000

## STATE OF CONNECTICUT *v.* FELIX RIVERA

The defendant's petition for certification for appeal from the Appellate Court, 56 Conn. App. 182 (AC 17628), is denied.

NORCOTT, J., did not participate in the consideration or decision of this petition.

*Alice M. Sexton*, special public defender, in support of the petition.

*Christopher T. Godialis*, assistant state's attorney, in opposition.

Decided February 10, 2000